UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DELARGE PARKER AND** | * | |
| **GLADYS PARKER** | * | |
| **PLAINTIFFS** | * | **CIVIL ACTION NO. 08-756-JJB-DLD** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | |
| **BINNING PROPERTIES, L.L.C.,** | * | |
| **AND TOWER CREDIT, INC.** | * | |
| **DEFENDANT** | * | |

### NOTICE OF DISMISSAL OF PURSUANT TO RULE 41(a)(1)(i)

**NOW INTO COURT**, through undersigned counsel, comes Delarge Parker and Gladys Parker, plaintiffs herein, who dismisses their claims against Binning Properties, L.L.C. and Tower Credit, Inc., pursuant to Rule 41(a)(1)(i), with prejudice.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of January, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system. I further certify that I e-mailed the foregoing document and the notice of electronic filing to the following: Richard D. Bankston, Esquire, counsel for defendants.

s/Garth J. Ridge
**GARTH J. RIDGE**

                Bar Roll Number:  20589
                Attorney for Plaintiff
                251 Florida Street, Suite 301
                Baton Rouge, Louisiana 70801
                Telephone Number:  (225) 343-0700
                Facsimile Number: (225) 343-7700
                E-mail: GarthRidge@aol.com